■ DIMITRIOS LAMPROPOULAS, Appellant, v STATE OF NEW YORK, Respondent.—Appeal by the claimant from an order of the Court of Claims dated April 24, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Judge Rossetti in his memorandum decision at the Court of Claims. Bracken, J. P., Lawrence, Rubin and Kooper, JJ., concur.